IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 1:07-cv-00842 RCL<br>Hon. Royce C. Lamberth |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF**

Defendant United States Department of Justice (DOJ) answers Plaintiff's Complaint as follows. Defendant specifically denies each and every allegation of the Complaint not otherwise expressly admitted, qualified, or denied in this Answer.

1. Defendant admits that this is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended. The remainder of this paragraph characterizes Plaintiff's request for documents (see Exhibit A to Plaintiff's Complaint), which speaks for itself and to which the Court is referred for a full and accurate statement of its contents.

2. These allegations state Plaintiff's characterization of the case and as such require no response.

3. These allegations are conclusions of law and jurisdictional allegations to which no response is required.

4-5. Defendant is without sufficient knowledge to admit or deny the allegations in these

paragraphs.

6. Denied.

7. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

8. Defendant admits that DOJ is a federal agency in possession of certain records responsive to Plaintiff's request. The remaining allegations in this paragraph state legal conclusions to which no response is required.

9-12. The allegations in these paragraphs purport to characterize provisions of the Freedom of Information Act, 5 U.S.C. § 552. Defendant refers the Court to that statute for a full and accurate statement of its contents.

13. The first sentence of this paragraph purports to characterize a provision of the Freedom of Information Act, 5 U.S.C. § 552. Defendant refers the Court to that statute for a full and accurate statement of its contents. The second sentence of this paragraph is admitted. The third sentence of this paragraph purports to characterize the Act and the DOJ regulations, and Defendant refers the Court to those materials for a full and accurate statements of their contents.

14-15. The allegations in these paragraphs purport to characterize provisions of the Freedom of Information Act, 5 U.S.C. § 552. Defendant refers the Court to that statute for a full and accurate statement of its contents.

16-17. Defendant admits that Plaintiff requested a Freedom of Information Act search by letter dated March 22, 2007. The remaining allegations of these paragraphs characterize Plaintiff's request for documents (Exhibit A to Plaintiff's Complaint), which speaks for itself and to which the Court is referred for a full and accurate statement of its contents.

18. Defendant admits that it acknowledged receipt of Plaintiff's FOIA request by letter dated April 20, 2007. <u>See</u> Exhibit B to Plaintiff's Complaint. The remaining allegations of these paragraphs characterize that letter which speaks for itself, and to which the Court is referred for a full and accurate statement of its contents.

19. Defendant incorporates by reference its answers to paragraphs 1 through 18.

20. The allegations in this paragraph set forth legal conclusions that do not require a response.

21. The allegations in this paragraph set forth legal conclusions that do not require a response.

22. The allegations in this paragraph set forth legal conclusions that do not require a response.

The remainder of the complaint constitutes a prayer for relief for which no answer is necessary; to the extent a response is deemed required, denied.

Defendant specifically denies each allegation of Plaintiff's complaint not otherwise answered.

Dated: June 7, 2007	Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


  */s/ Jeffrey M. Smith*
JEFFREY M. SMITH (Bar No. 467936)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 514-5751
Fax: (202) 616-8470

*Counsel for Defendants*