**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**  **Plaintiff,**  **v.**  **U.S. DEPARTMENT OF JUSTICE,**  **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No. 07-842 (RCL)** |

**ORDER**

If defendant expects file a dispositive motion herein, it shall do so within 10 days of this

date.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 10, 2007.