UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF JUSTICE ) ) Defendant. ) ) | Civil No. 1:07cv00842 (RCL) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR RELIEF FROM THE COURT'S JULY 10, 2007 ORDER**

Having read Defendant's Memorandum in Support of its Motion for Relief from the Court's July 10, 2007 Order and the accompanying declaration of Melanie Ann Pustay, plaintiff ("CREW") does not oppose the motion.[1] CREW agrees with defendant's proposed order requiring it to file a status report in 30 days and also respectfully requests that the Court hold a status conference shortly thereafter.

Respectfully submitted,

_____/s/_____
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
 in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565 Fax: (202) 588-5020
Attorneys for Plaintiff

Dated: July 19, 2007

---

[1] CREW understands, from a discussion with defendant's counsel, that these documents raise "concerns of White House communications" that require consultation. Of note, defendant has avoided, in both its motion and supporting declaration, identifying the entities with which it is consulting.