UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-842 (RCL) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of defendant's unopposed Motion [5] for Relief from the Court's July 10, 2007 Order, it is hereby

ORDERED, that, good cause having been shown for relief from the July 10, 2007 Order, defendant's Motion is GRANTED; and it is further

ORDERED, that defendant shall be relieved of any duty to file a dispositive motion within 10 days of the entry of said Order; and it is further

ORDERED, that defendant shall submit a Status Report to the Court within 30 days from the date of this Order, unless the case has otherwise been resolved by that time.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 30, 2007.