IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 1:07-cv-00842 RCL<br>Hon. Royce C. Lamberth |

## STATUS REPORT

Pursuant to the Court's July 30, 2007 Order, Defendant United States Department of Justice ("DOJ") provides this status report.

This case concerns plaintiff's Freedom on Information Act request for records dated January 1, 2001 to the present pertaining to methods of communication for the Attorney General and Deputy Attorney General with the White House and other agencies or agency components of the Executive Branch. This includes directives concerning the Attorney General and Deputy Attorney General's use of electronic mail at the Department of Justice and records that reflect the Attorney General and Deputy Attorney General's use of e-mail accounts other than those belonging to the Department. Plaintiff's request was received by DOJ's Office of Information and Privacy ("OIP") on March 26, 2007.

In response to this request, DOJ conducted searches of the Office of the Attorney General, the Office of the Deputy Attorney General, and the Departmental Executive Secretariat. Fifty-eight (non-duplicative) responsive pages were located. OIP determined that, pursuant to C.F.R. § 16.4(c)(1), twenty-three pages required consultation with components within and

outside of DOJ.[1] The other thirty-five pages were processed by OIP, and determined to consist of draft documents that are protected by the deliberative process privilege, and are therefore exempt from production pursuant to 5 U.S.C. § 552(b)(5). *See, e.g.*, *Dudman Communications Corp. v. Dep't of the Air Force*, 815 F.2d 1565, 1569 (D.C. Cir. 1987). Plaintiff was notified of OIP's decision to withhold these document by letter dated August 1, 2007.

The remaining twenty-three pages are undergoing a final consultation, and OIP anticipates that a final response to plaintiff will be made soon.

Dated: August 29, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN TYLER
Senior Trial Counsel

 */s/ Jeffrey M. Smith*
JEFFREY M. SMITH (Bar No. 467936)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 514-5751
Fax: (202) 616-8470

---

[1] OIP's initial review of the material found that eleven pages required consultation. After further processing, it was determined that an additional twelve pages also required consultation.