IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 1:07-cv-00842 RCL<br>Hon. Royce C. Lamberth |

## STATUS REPORT

Pursuant to the Court's October 1, 2007 Order, Defendant United States Department of Justice ("DOJ") provides this status report.

This case concerns plaintiff's Freedom on Information Act request for records dated January 1, 2001 to the present pertaining to methods of communication for the Attorney General and Deputy Attorney General with the White House and other agencies or agency components of the Executive Branch. This includes directives concerning the Attorney General and Deputy Attorney General's use of electronic mail at the Department of Justice and records that reflect the Attorney General and Deputy Attorney General's use of e-mail accounts other than those belonging to the Department. Plaintiff's request was received by DOJ's Office of Information and Privacy ("OIP") on March 26, 2007.

In response to this request, DOJ conducted searches of the Office of the Attorney General, the Office of the Deputy Attorney General, and the Departmental Executive Secretariat. Fifty-eight (non-duplicative) responsive pages were located. DOJ sent plaintiff an interim response on August 1, 2007, and a final response on September 12, 2007. Twelve pages were

released in full.  Six pages were released with partial redactions.  Forty pages were withheld pursuant to FOIA Exemption 5, 5 U.S.C. § 552(b)(5).  DOJ informed plaintiff that these 40 pages were draft memoranda.

    Counsel for the parties have communicated, and are attempting to determine whether any issues of dispute remain between the parties.

Dated: October 5, 2007                                  Respectfully submitted,

                                                            PETER D. KEISLER
                                                            Assistant Attorney General

                                                            JEFFREY A. TAYLOR
                                                            United States Attorney

                                                            JOHN TYLER
                                                            Senior Trial Counsel

                                                            */s/ Jeffrey M. Smith*
                                                            JEFFREY M. SMITH (Bar No. 467936)
                                                           Trial Attorney, Federal Programs Branch
                                                           U.S. Department of Justice, Civil Division
                                                           20 Massachusetts Ave., N.W.
                                                           Washington, D.C. 20001
                                                           Tel: (202) 514-5751
                                                           Fax: (202) 616-8470