UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-842 (RCL)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

If defendant expects file a dispositive motion herein, it shall do so within 10 days of this date.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, November 9, 2007.