UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF JUSTICE, )<br><br>Defendant. ) | Civil No. 1:07cv0842 (RCL) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and based on the defendant's representations that the Department of Justice conducted electronic and hard-copy searches of agency records and found, *inter alia*, no documents reflecting former Attorney General Alberto Gonzales's use of email accounts, including the Attorney General's Department of Justice email account and any and all non-Department of Justice email accounts, and also found no documents reflecting former Deputy Attorney General Paul McNulty's use of non-Department of Justice email accounts, plaintiff and the defendant hereby stipulate and agree that this action be DISMISSED, each party to bear its own costs and attorney's fees.

Dated this _____ day of _____, 2007.

_____
ROYCE C. LAMBERTH
United States District Judge

SEEN AND AGREED:


  /s/ Anne L. Weismann
ANNE L. WEISMANN
(D.C. Bar No. 298190)
MELANIE SLOAN
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff


JEFFREY S. BUCHOLZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

  /s/ Jeffrey M. Smith
JEFFREY M. SMITH
( Bar No. 467936)
Trial Attorney, Federal Programs Branch
United States Department of Justice, Civil Division
20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel:    (202) 514-5751
Fax:    (202) 616-8470

Attorneys for Defendant