UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil No. 1:07cv0842 (RCL) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and based on the defendant's representations that the Department of Justice conducted electronic and hard-copy searches of agency records and found, *inter alia*, no documents reflecting former Attorney General Alberto Gonzales's use of email accounts, including the Attorney General's Department of Justice email account and any and all non-Department of Justice email accounts, and also found no documents reflecting former Deputy Attorney General Paul McNulty's use of non-Department of Justice email accounts, plaintiff and the defendant hereby stipulate and agree that this action be DISMISSED, each party to bear its own costs and attorney's fees.

Dated this **28th** day of **Nov.**, 2007.

*[signature]*
ROYCE C. LAMBERTH
United States District Judge